**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 24-6844

DONTE BOOKER,

            Petitioner - Appellant,

        v.

MELISSA J. BAYLESS, Warden,

            Respondent - Appellee.

Appeal from the United States District Court for the Northern District of West Virginia, at Wheeling.  John Preston Bailey, District Judge.  (5:24-cv-00043-JPB)

Submitted:  March 11, 2025                    Decided:  March 14, 2025

Before NIEMEYER, RICHARDSON, and BENJAMIN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Donte Booker, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Donte Booker, a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on Booker's 28 U.S.C. § 2241 petition in which Booker challenged the execution of his sentence.  We have reviewed the record and find no reversible error.  Accordingly, we grant Booker's motions to supplement appeal; deny as moot his motion to expedite; deny his motions to appoint counsel and all other pending motions; and affirm the district court's order.  *Booker v. Bayless*, No. 5:24-cv-00043-JPB (N.D. W. Va. Aug. 20, 2024).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*